People ex rel. Blakey v Love (2025 NY Slip Op 04853)

People v Blakey

2025 NY Slip Op 04853

Decided on September 5, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 5, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
CARL J. LANDICINO
DONNA-MARIE E. GOLIA, JJ.

2025-10467

[*1]The People of the State of New York, ex rel. 
v
Michael Blakey, on behalf of Robert Love, petitioner, Errol D. Toulon, etc., respondent.

Michael Blakey, Huntington, NY, petitioner pro se.
Raymond A. Tierney, District Attorney, Riverhead, NY (Danielle Sciarretta of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Robert Love upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 72073/2025/001.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., WOOTEN, LANDICINO and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court